**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7985

DOMINICK THOMAS,

Plaintiff - Appellant,

versus

MARK L. HARMON, Officer; ASTRID S. ROBINSON,
Officer,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-04-1145-1-LMB)

Submitted:  June 28, 2006                 Decided:  July 28, 2006

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dominick Thomas, Appellant Pro Se.  Mary Alice Rowan, COUNTY
ATTORNEY'S OFFICE, Prince William, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dominick Thomas appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Thomas v. Harmon</u>, No. CA-04-1145-1-LMB (E.D. Va. Dec. 7, 2005).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]Although the last name of the defendant/appellee is apparently Harman rather than Harmon, we have retained the spelling employed by the district court.